UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

_____

ROBERT MOORE, III,                      :          CASE NO. 1:18-cv-01837
                                        :
            Petitioner,                 :          OPINION & ORDER
                                        :          [Resolving Doc. 1]
v.                                      :
                                        :
 WARDEN LAUSHAUNN                       :
 EPPINGER,                              :
                                        :
            Respondent.                 :

_____

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

        Petitioner Robert Moore, III seeks a writ of habeas corpus under 28 U.S.C. § 2254.

        Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge

for a Report and Recommendation.[1]  On January 13, 2020 Magistrate Judge Thomas M.

Parker issued a Report and Recommendation, recommending this Court deny Moore's

habeas petition.[2]  The parties had until January 27, 2020 to object to the Report and

Recommendation.[3]  Neither party objected.

        Because neither party objected, the Court could adopt the Report and

Recommendation without review.[4]   Still, the Court reviewed the Report and

Recommendation and agrees with Magistrate Judge Parker that Moore's habeas petition is

timed-barred under 28 U.S.C. 2244(d)(1).

_____

        [1] Local Rule 72.2(b).
        [2] Doc. 14.
        [3] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b).
        [4] *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–53 (1985); *U.S. v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:19-cv-02456
GWIN, J.

Consequently, the Court **ADOPTS** Magistrate Judge Parker's Report and

Recommendation and **DENIES** Moore's habeas petition as time-barred.

IT IS SO ORDERED.

Dated:  April 16, 2021                    *s/      James S. Gwin*
_____
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE